

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-17-00834-CR

Michelle **CHASE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4377
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellant has filed a motion for extension of time to file her brief and a motion for the trial court clerk to supplement the clerk's record. Appellant contends the clerk's record is incomplete because it does not include all exhibits admitted into evidence at trial. However, it is the court reporter, not the trial court clerk, who files the exhibits admitted at trial, and the court reporter in this appeal has filed the exhibits admitted at trial. Therefore, appellant's motion to supplement the clerk's record is DENIED. Appellant's motion for extension of time to file her brief is GRANTED. We ORDER appellant to file her brief on or before September 4, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.



Keith E. Hottle
Clerk of Court